# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3362
_____

United States of America

*Plaintiff - Appellee*

v.

Hugo Ernest Espindola

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: February 23, 2026
Filed: February 26, 2026
[Unpublished]

_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Hugo Espindola appeals after he pleaded guilty to being a felon in possession of firearms and ammunition. He argues the district court[1] erred by denying his

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

motion to dismiss the indictment because the prosecution violated the Second Amendment, both facially and as applied to him.  Upon careful review, we conclude that the district court properly denied the motion, as Espindola's argument is foreclosed by our precedent.  See United States v. Jackson, 110 F.4th 1120, 1125, 1129 (8th Cir. 2024), cert. denied, 145 S. Ct. 2708 (2025); see also United States v. Harris-Franklin, 146 F.4th 631, 637 & n.2 (8th Cir. 2025); United States v. Cameron, 99 F.4th 432, 435-36 (8th Cir.), cert. denied, 145 S. Ct. 314 (2024).  Accordingly, we affirm.

_____